# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142729(8)


GRIEVANCE ADMINISTRATOR,
        Petitioner-Appellee,

v

RAYMOND A. MacDONALD,
        Respondent-Appellant.

SC: 142729
ADB: 09-000043-GA

_____

      On order of the Court, the motion for decision by the entire Court on the motion for disqualification of Justice Mary Beth Kelly is considered, and disqualification is DENIED for the reasons stated in Justice Kelly's statement of May 13, 2011.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2011

_____
Clerk